IN THE MATTER OF the Petition
of Brad D. GREENSPAN for
a Writ of Certiorari

No. 347, 2015

Supreme Court of Delaware.

Submitted: July 24, 2015
Decided: September 17, 2015
Reargument Denied September 25, 2015

DISMISSED.

Pauline F. DAUB, Plaintiff
Below, Appellant,

v.

Samuel G. DANIELS, William Baker
and Bestfield Homes, LLC, De-
fendants Below, Appellees.

No. 90, 2014

Supreme Court of Delaware.

Submitted: September 16, 2015
Decided: September 17, 2015

Court Below: Superior Court of the
State of Delaware, in and for Kent County,
C.A. No. K11C–03–037

AFFIRMED.

Andre DAISEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 279, 2015

Supreme Court of Delaware.

Submitted: July 31, 2015
Decided: September 17, 2015

Court Below—Superior Court of the
State of Delaware, in and for Sussex Coun-
ty, Cr. ID No. 1001009746

AFFIRMED.